Richard J. FULTON, Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5023.

United States Court of Appeals,
Federal Circuit.

June 5, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Ronald P. TOWNSEND, Jr., Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 00–3329.

United States Court of Appeals,
Federal Circuit.

June 6, 2001.

Before RADER, SCHALL, and DYK,
Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

UNITED TECHNOLOGIES
CORPORATION,
Appellant,

v.

Donald H. RUMSFELD, Secretary
of Defense, Appellee.

No. 00–1337.

United States Court of Appeals,
Federal Circuit.

June 6, 2001.

Before RADER, SCHALL, and DYK,
Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.